UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Daniel Matthew McGuigan, <br><br>              Plaintiff, <br><br> v. <br><br> County of San Bernardino et al., <br><br>              Defendants. | EDCV 14-2483-VAP (SPx) <br><br> **ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT** |

On July 22, 2015, the Court issued its Scheduling Order. Pursuant to that Order, the final day to conduct a settlement conference was September 18, 2015, and the parties were required to file a joint report no later than ten days after the conference. The Court subsequently continued the mediation completion date to December 17, 2015. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than February 12, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely.

**IT IS SO ORDERED.**

Dated:   2/2/16

Virginia A. Phillips
United States District Judge

1